NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


EDWARD L. WEBB,                    )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D17-4057
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
                                   )
_____)

Opinion filed October 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Edward L. Webb, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.


            Affirmed.


LaROSE, C.J., and SILBERMAN and VILLANTI, JJ., Concur.